UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05247
    CORNELIA WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7280

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/23/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 07/16/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GATEWAY FINANCIAL SERVIC | SECURED VEHIC | 4721.83 | .00 | 333.32 |
| GATEWAY FINANCIAL SERVIC | UNSECURED | 4221.83 | .00 | .00 |
| AMERICREDIT FINANCIAL SE | UNSECURED | 10328.26 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 524.27 | .00 | .00 |
| COLLECTION COMPANY OF AM | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | NOTICE ONLY | NOT FILED | .00 | .00 |
| SOUTH BELL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | NOTICE ONLY | NOT FILED | .00 | .00 |
| BAY AREA CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 550.00 | .00 | .00 |
| ARNOLD SCOTT HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 607.65 | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| THE CBE GROUP INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE LEASING | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBUSA | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| FAST CASH | UNSECURED | NOT FILED | .00 | .00 |
| FCNB MSTR TR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| FNB OMAHA | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 550.00 | .00 | 34.62 |
| GSAC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC/KMART | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 247.87 | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 05247 CORNELIA WILLIAMS

```
MRC CROSS COUNTRY BANK     UNSECURED      NOT FILED               .00          .00
NICOR GAS                  UNSECURED      NOT FILED               .00          .00
PUBLIC STORAGE             UNSECURED      NOT FILED               .00          .00
ALLIED INTERNATIONAL CRE   NOTICE ONLY    NOT FILED               .00          .00
SEARS/CBSD                 UNSECURED      NOT FILED               .00          .00
SPRINT                     UNSECURED      NOT FILED               .00          .00
ASSET ACCEPTANCE LLC       NOTICE ONLY    NOT FILED               .00          .00
DEBT RECOVERY SOLUTION     NOTICE ONLY    NOT FILED               .00          .00
ILLINOIS STATE TOLL HWY    UNSECURED        2508.10               .00          .00
GC SERVICES                NOTICE ONLY    NOT FILED               .00          .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED               .00          .00
TNB-TARGET                 UNSECURED      NOT FILED               .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        9578.25               .00          .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED               .00          .00
ER SOLUTIONS INC           UNSECURED         286.18               .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                           24.33
DEBTOR REFUND              REFUND                                              .00
```

```
        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    392.27

PRIORITY                                           .00
SECURED                                         367.94
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             24.33
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                     392.27               392.27
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/13/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE