```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05247
    CORNELIA WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-7280


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/23/07 and confirmed on 09/07/07.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $   1647.97 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GATEWAY FINANCIAL SERVIC | SECURED VEHIC | 4721.83 | 202.26 | 953.52 |
| GREAT AMERICAN FINANCE | SECURED | 550.00 | 18.38 | 102.27 |
| AMERICREDIT FINANCIAL | UNSECURED | 10328.26 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 524.27 | .00 | .00 |
| BAY AREA CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 550.00 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 607.65 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 247.87 | .00 | .00 |
| MRC RECEIVABLES HOUSEHOL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 826.26 | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| US SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 2508.10 | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 9578.25 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 286.18 | .00 | .00 |

Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      5271.83          .00     25456.84          .00      30728.67
PRINCIPAL PAID          1055.79          .00          .00          .00       1055.79
INTEREST PAID            220.64          .00          .00          .00        220.64
TOTAL PAID              1276.43          .00          .00          .00       1276.43
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $    2500.00
and was paid $     175.00   direct and $     300.09   through the plan.

The Trustee received $      71.45 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                                PAGE   2
              CASE NO. 07 B 05247 CORNELIA WILLIAMS